UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN

PATRICK HENNESSEY,

    Plaintiff,

v.                                                      Hon. Hala Y. Jarbou

MID-MICHIGAN EAR, NOSE AND        Case No. 1:21-cv-00301
THROAT, P.C.,

    Defendant.

## ORDER

This matter is before the Court on Plaintiff's Renewed Motion for Civil Contempt (ECF No. 56) and Plaintiff's Motion for Leave to File Reply Brief in Further Support of his Renewed Motion for Civil Contempt (ECF No. 64).

For the reasons stated on the record at the hearing held February 9, 2022, Plaintiff's Renewed Motion for Civil Contempt (ECF No. 56) is granted in part and denied in part. The parties shall undertake discovery as ordered on the record during the hearing.

Plaintiff's Motion for Leave to File Reply Brief in Further Support of his Renewed Motion for Civil Contempt (ECF No. 64) is granted.  Plaintiff's Exhibit A to his Motion for Leave to File Reply Brief (ECF No. 64-1) shall be accepted for filing as Plaintiff's reply brief.

Plaintiff's request for an award of fees and costs incurred in bringing the Renewed Motion for Civil Contempt (ECF No. 56) is granted. Plaintiff shall submit an affidavit setting out his fees and costs.

IT IS SO ORDERED.

Dated: February 9, 2022                                                  /s/ Sally J. Berens
                                                                        SALLY J. BERENS
                                                                        U.S. Magistrate Judge