UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN

PATRICK HENNESSEY,

    Plaintiff,

v.

MID-MICHIGAN EAR, NOSE AND THROAT, P.C.,

    Defendant.

Hon. Hala Y. Jarbou

Case No. 1:21-cv-00301

**ORDER**

On January 21, 2022, Plaintiff Patrick Hennessey filed a renewed motion for civil contempt. (ECF No. 56.) The Court held a hearing on February 9, 2022, and issued an order granting in part the renewed motion. The Court also invited Plaintiff, pursuant to Fed. R. Civ. P. 37(a)(5)(A) and (b)(2)(C), to file an affidavit setting out his reasonable fees and costs incurred in making the motion. Plaintiff filed his affidavit on February 23, 2022. (ECF No. 69.) With his affidavit, he filed redacted copies of his bills for attorneys' fees (ECF Nos. 69-1 and 69-2) and submitted unredacted copies to the Court for in camera review. Defendant did not file an objection.

After reviewing the bills submitted, the Court finds that attorneys' fees and costs in the amount of $8,205.50 are appropriately ordered as reasonable expenses incurred in making the motion.

THEREFORE, Defendant is ordered to pay Plaintiff $8,205.50 within 28 days of the date of this order.

IT IS SO ORDERED.

Dated: March 14, 2022

    /s/ Sally J. Berens
    SALLY J. BERENS
    U.S. Magistrate Judge